**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF CEDAR MESA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; and KENT HOFFMAN, <br><br> Defendants. | Case No. 1:21-cv-00971-RC |

**NOTICE OF APPEARANCE**
**OF ATTORNEY SARAH K. STELLBERG**

Pursuant to this Court's minute order of April 14, 2021, and Local Civil Rule 83.6(a), notice is hereby given to this Court and all parties of record that I, Sarah K. Stellberg, have been authorized to practice *pro hac vice* in this Court for the above captioned case, and appear as counsel of record for Plaintiff Friends of Cedar Mesa in this matter. My address, telephone number, and bar identification number are listed below.

Respectfully submitted on this 28th day of April 2021.

/s/ Sarah K. Stellberg
Sarah K. Stellberg (ID Bar # 10538)
*Admitted Pro Hac Vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83702
(208) 342-7024 x. 209
sstellberg@advocateswest.org

*Attorney for Plaintiff*